UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RAJENDRABHAI PATEL,

    Defendant.

Case No. CR11-365-RSL

**DETENTION ORDER**

Offenses charged:

Conspiracy to Smuggle, Harbor, and Transport Illegal Aliens; and Bringing Illegal Aliens into The United States.

Date of Detention Hearing: December 21, 2011.

The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

The government proffered defendant is the leader of a large international and domestic

DETENTION ORDER - 1

conspiracy regarding alien smuggling. Over 70 aliens are involved, false documents have been prepared, and attempts to defraud the immigration court is involved. The strength of the case is strong as the government has seized evidence, performed undercover work and used wire taps. Defendant has been in the U.S. only two years. He has virtually no ties to this district and lives in Tennessee. He allegedly asked the government to drop the charges in exchange for his return to India. He is an Indian citizen and his ties to that country are strong. He faces severe prison sanctions and his incentive to flee to India is strong. Given the government's proffer that he has obtained forged passports, he would have the ability to flee the county even if his current travel documents were confiscated.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this order to counsel for the United States, to

///

///

///

counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 21st day of December, 2011.

/s/ BAT
BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 3